IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JAMES SCOTT RAY; RITA RAY; )
and PATTI MOTON,            )
                            )
    Plaintiffs,             )
                            )        CIVIL ACTION NO.
    v.                      )          2:08cv967-MHT
                            )              (WO)
STATE FARM MUTUAL           )
AUTOMOBILE INSURANCE        )
COMPANY; and GEICO          )
INDEMNITY COMPANY,          )
                            )
    Defendants.             )

                        JUDGMENT

     The court having been informed that this cause is now

settled as to the claims of plaintiffs James Scott Ray

and Rita Ray, it is the ORDER, JUDGMENT, and DECREE of

the court that the claims of plaintiffs James Scott Ray

and Rita Ray are dismissed with prejudice, with the

parties to bear their own costs and with leave to the

parties, within 45 days, to stipulate to a different

basis for dismissal or to stipulate to the entry of

judgment instead of dismissal, and with leave to any party to file, within 45 days, a motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated.

Plaintiff Patti Moton's claim remains pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of August, 2009.


　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　UNITED STATES DISTRICT JUDGE