IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PATTI MOTON,                      )
                                  )
    Plaintiff,                    )
                                  )       CIVIL ACTION NO.
    v.                            )         2:08cv967-MHT
                                  )              (WO)
STATE FARM MUTUAL                 )
AUTOMOBILE INSURANCE              )
COMPANY; and GEICO                )
INDEMNITY COMPANY,                )
                                  )
    Defendants.                   )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

1. Plaintiff Patti Moton and her minor daughter, M.M., shall have and recover the aggregate sum of $ 27,500.00 from defendants State Farm Mutual Automobile Insurance Company and Geico Indemnity Company, with said proceeds to be distributed as follows:

    (a) The sum of $ 17,500.00 to M.M.,

    less attorney's fees in the amount of

      $ 5,250.00, yielding a net recovery of $ 12,250.00.

      (b) The sum of $ 10,000.00 to plaintiff Moton, less attorney's fees in the amount of $ 3,000.00 and reasonable expenses in the amount of $ 1,690.58, yielding a net recovery of $ 5,309.42 that shall be payable to plaintiff Moton, individually.

  2. The motion of Roianne Houlton Conner, guardian ad litem for M.M., to deposit funds in the court clerk's office (doc. no. 49) is granted.  The sum of $ 12,250.00 shall be deposited with the United States District Clerk's Office for the Middle District of Alabama for the benefit of M.M., a minor child.  The clerk's office shall deposit said funds in an interest-bearing account until such time as M.M. reaches the age of majority.

   3. Plaintiff Moton and M.M. are responsible for all expenses, medical bills and liens and subrogation, and

have agreed to indemnify and hold harmless defendants State Farm Mutual Automobile Insurance Company and Geico Indemnity Company for said claims.

    4.    Defendants State Farm Mutual Automobile Insurance Company and Geico Indemnity Company shall be responsible for the fees and expenses of the guardian ad litem, Roianne Houlton Conner.

    5.    Upon payment of the foregoing, defendants State Farm Mutual Automobile Insurance Company and Geico Indemnity Company shall be fully released and this action dismissed with prejudice.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    The clerk of the court may close this case.

    DONE, this the 6th day of November, 2009.

                                   /s/ Myron H. Thompson  
                                 **UNITED STATES DISTRICT JUDGE**